Gary A. Nye, Esq. (SBN 126104)
David R. Ginsburg, Esq. (SBN 210900)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5900 Canoga Avenue, Suite 450
Woodland Hills, California 91367
Telephone:    (818) 992-9999
Facsimile:    (818) 992-9991
Email: gan@rpnalaw.com; drg@rpnalaw.com

Attorneys for Plaintiff
Taylor-Listug, Inc.

## UNITED STATES FEDERAL DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR-LISTUG, INC. a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>ARTINY GUITAR FACTORY LIMITED, a Hong Kong Company; GUANGZHOU ARTINY GUITAR CO., LTD.; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.<br><br>COMPLAINT FOR:<br><br>1.   STATUTORY UNFAIR COMPETITION AND FALSE ADVERTISING [BUSINESS AND PROFESSIONS CODE §§ 17200 AND 17500 *et. seq.*];<br>2.   COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION;<br>3.   FEDERAL TRADEMARK INFRINGEMENT [15 U.S.C. §§ 1114 AND 1125];<br>4.   FEDERAL TRADEMARK DILUTION [15 U.S.C. § 1125(c)]; AND<br>5.   FEDERAL UNFAIR COMPETITION AND FALSE ADVERTISING [15 U.S.C. 1125(a)] |

**COMPLAINT**

Plaintiff Taylor-Listug, Inc. alleges against Defendants Artiny Guitar Guangzhou Artiny Guitar Co., Ltd.; and Does 1 through 10, inclusive, as follows:

## PARTIES

1.     Plaintiff Taylor-Listug, Inc. ("Taylor"), is, and at all times relevant to this action was, a corporation organized and existing under the laws of the State of California, and qualified to do business in the State of California.

2.     Upon information and belief, Defendant Artiny Guitar Factory Limited is a Hong Kong company, and has been operating and has maintained its principal place of business in the Guangzhou Province of China since 2008. Upon information and belief, Defendant Guangzhou Artiny Guitar Co., Ltd., also operates and maintains its principal place of business in the Guangzhou Province of China. Defendants Artiny Guitar Factory Limited and Guangzhou Artiny Guitar Co., Ltd., are sometimes collectively referred to hereinafter as "Artiny."

3.     Except as otherwise alleged, Taylor is not currently aware of the true names and capacities of the Defendants designated herein as Does 1 through 10, inclusive.  As such, Taylor will hereafter seek leave of court to amend this complaint in order to allege the true names and capacities of each such Defendant.

4.     Taylor is informed and believes and thereon alleges that at all times herein mentioned Artiny and Does 1 through 10, inclusive (hereinafter jointly referred to as "Defendants"), are each responsible in some manner for the transactions, events and occurrences herein alleged and that damages herein alleged were proximately caused thereby.

5.     Taylor is informed and believes and thereon alleges that at all times herein mentioned, Defendants, and each of them, were the agents, joint venturers, trustees, servants, partners, alter-egos, parent corporations, subsidiaries, affiliates, contractors, or employees of each of the remaining Defendants, and that the acts or omissions here alleged were done by them, acting individually, through such

capacity or through the scope of their authority, and that said conduct was thereafter ratified by the remaining Defendants.

## JURISDICTION AND VENUE

6.     The Court has subject matter jurisdiction under 28 U.S.C. §1338(b), this being a federal action for violation of the Lanham Act, 15 U.S.C. §1125(a)(1), joined with related claims under the laws of California. This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1332, because the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and because Defendants are international corporations based in the Guangdong Province of China.

7.     Venue lies in the Central District of California, because this district is where a substantial part of the events and/or omissions giving rise to the herein allegations occurred.  28 U.S.C. § 1391(b)(2).   In particular, upon information and belief, Defendants are engaged in the promotion, display, and sale of various products embodying and infringing upon the Taylor Trademarks in the United States, including in Orange County, California, through the internet on its website (Artiny.com), in their promotional advertising (catalogs, brochures, etc.), for selling and for displaying by other internet retailers, and for selling, displaying, and soliciting  sales at tradeshows, including the threatened sale and display at the National Association of Music Merchants ("NAMM") tradeshow in Orange County, California scheduled for April 13, 2023. Defendants have marketed, promoted, and sold products embodying the Taylor Trademarks in the United States, including in Orange County, California on multiple occasions. Defendants advertise on their website that their products are mainly exported to Europe and the United States, South America and Southeast Asian countries.

8.     In addition, Defendants have all transacted sufficient business with the State of California such that it is proper for a California-situated court to exercise both specific and general personal jurisdiction over each of them.

**TAYLOR'S USE AND OWNERSHIP OF THE TAYLOR TRADEMARKS**

9.     Taylor brings this action against Defendants for trademark infringement, trade dress infringement, unfair competition, trademark dilution, and other related causes of action under federal, state, and common law arising from Defendants' unauthorized use of (1) Taylor's Peghead Design (U.S. Reg. Nos. 4,907,300 and 1,949,972, and China Reg. No. 42837275) and (2) Taylor's Bridge Design (U.S. Reg. No. 2,587,146) in conjunction with stringed musical instruments (collectively, "Taylor Trademarks).

10.     Taylor is an American instrument manufacturer founded in 1974 by Bob Taylor and Kurt Listug.  Taylor is engaged in the business of developing, manufacturing, and selling stringed musical instruments.  Taylor has been selling its instruments under the famous TAYLOR GUITARS® trademark for more than forty years.

11.     Taylor instruments are sold worldwide and have obtained worldwide recognition and reputation.

12.     Taylor is the sole owner of Taylor's Peghead Design, U.S. Reg. Nos. 4,907,300 and 1,949,972 ("Taylor's Peghead Design").  The '300 Registration was issued by the U.S. Patent and Trademark Office on January 23, 1996 (and is Incontestable under United States Trademark Law) and the '972 Registration was issued by the U.S. Patent and Trademark Office on March 1, 2016. Taylor also registered the Taylor Peghead Design on June 7, 2021 in China with the China National Intellectual Property Administration, and was issued its trademark registration as Number 42837275 ("the China Registration"). The iconic Taylor Peghead Design has been continuously and exclusively used in commerce by

Taylor since at least 1975.  A copy of the '300 Registration is attached as Exhibit A; a copy of the '972 Registration is attached as Exhibit B; and a copy of the China Registration is attached as Exhibit C.

13.    Taylor is the sole owner of Taylor's Bridge Design, U.S. Reg. No. 2,587,146 ("Taylor's Bridge Design").  The '146 Registration was issued by the U.S. Patent and Trademark Office on July 2, 2002 (and is Incontestable under United States Trademark Law).  The iconic Taylor Bridge Design has been continuously and exclusively used in commerce by Taylor since at least 1984.  A copy of the '146 Registration is attached as Exhibit D.

14.    Taylor has expended a considerable amount of time, effort, and money on the advertising and promotion of the Taylor Trademarks.  In addition to its own advertising efforts, Taylor has been the subject of many unsolicited stories in national magazines and online articles, such as *Guitar Player*, *Guitar World*, *Acoustic Guitar*, and *Premier Guitar*.  As a result of Taylor's long-term and widespread use of the Taylor Trademarks in the United States via magazines, newspapers, the Internet, and television, the Taylor Trademarks enjoy a high degree of consumer recognition.  The Taylor Trademarks are especially valuable because they are constantly exposed to consumers purchasing a Taylor instrument. Thus, the Taylor Trademarks symbolize the enormous goodwill of Taylor's business in the United States.  No other party lawfully uses the Taylor Trademarks. Consequently, the Taylor Trademarks have been famous and are extremely valuable.

15.    The trademark registrations remain in full force and effect and are prima facie proof of Taylor's exclusive right to the Taylor Peghead Design and the Taylor Bridge Design.  Over the years, Taylor has spent millions of dollars in its marketing and promotion of its products embodying the Taylor Trademarks.

## UNAUTHORIZED USE OF TAYLOR TRADEMARKS

16.     Defendants directly compete with Taylor by actively engaging in the sale of stringed musical instruments in the United States.  By offering products for sale that embody the Taylor Trademarks on their website (Artiny.com), in their promotional advertising, for sale by other internet retailers, and for display and solicitation of sales at tradeshows, including the threatened sale and display at the NAMM tradeshow in Orange County, California scheduled for April 13, 2023, Defendants have marketed, promoted, and sold products embodying the Taylor Trademarks in the United States on multiple occasions.

17.     In particular, and without limitation, Defendants have marketed, promoted, and sold the following products embodying and infringing upon the Taylor Trademarks in the United States on multiple occasions:

| Model | Link to product page | Asset Being Infringed |
|---|---|---|
| QAG39H-SB | QAG39H-SB,PLYWOOD (artiny.com) | Headstock |
| QAG39H-RD | QAG39H-RD,PLYWOOD (artiny.com) | Headstock |
| QAG39H-NT | QAG39H-NT,PLYWOOD (artiny.com) | Headstock |
| QAG39H-BL | QAG39H-BL,PLYWOOD (artiny.com) | Headstock |
| QAG39H-BK | QAG39H-BK,PLYWOOD (artiny.com) | Headstock |
| QAG411G PL | QAG411G PL,PLYWOOD (artiny.com) | Headstock |
| QAG411G NT | QAG411G NT,PLYWOOD (artiny.com) | Headstock |
| QAG411G BL | QAG411G BL,PLYWOOD (artiny.com) | Headstock |
| QAG411 BK | QAG411G BK,PLYWOOD (artiny.com) | Headstock |
| QAG401M SB | QAG401M SB,PLYWOOD (artiny.com) | Headstock |
| QAG401M NT | QAG401M NT,PLYWOOD (artiny.com) | Headstock |
| QAG401G | QAG401G,PLYWOOD (artiny.com) | Headstock |
| QAG391M NT | QAG391M NT,PLYWOOD (artiny.com) | Headstock |
| QAG391M BK | QAG391M BK,PLYWOOD (artiny.com) | Headstock |

| LK41M SB | LK41M SB,PLYWOOD (artiny.com) | Headstock |
|---|---|---|
| LK41M NT | LK41M NT,PLYWOOD (artiny.com) | Headstock |
| LK41M BK | LK41M BK,PLYWOOD (artiny.com) | Headstock |
| LK41G | LK41G,PLYWOOD (artiny.com) | Headstock |
| SY-040 | SY-040,PLYWOOD (artiny.com) | Bridge |
| FK-515 | FK-515,PLYWOOD (artiny.com) | Bridge |
| FK-514 | FK-514,PLYWOOD (artiny.com) | Bridge |
| FK-414 | FK-414,PLYWOOD (artiny.com) | Bridge |
| FK-412 | FK-412,PLYWOOD (artiny.com) | Bridge |
| SH-68CE | SH-68CE,SOLID TOP (artiny.com) | Bridge |
| 110CE | 110CE,SOLID TOP (artiny.com) | Bridge |
| HSY-E | HSY-E,SOLID TOP (artiny.com) | Bridge |
| HSY-D | HSY-D,SOLID TOP (artiny.com) | Bridge |
| HSY-C | HSY-C,SOLID TOP (artiny.com) | Bridge |
| GSM-02SP | GSM-02SP,PLYWOOD (artiny.com) | Headstock |
| GSM-02MG | GSM-02MG,PLYWOOD (artiny.com) | Headstock |
| GSM-01SP | GSM-01SP,PLYWOOD (artiny.com) | Headstock |
| GSM-01MG | GSM-01MG,PLYWOOD (artiny.com) | Headstock |
| FK-412MT | FK-412MT,PLYWOOD (artiny.com) | Bridge |
| 41YS-NT | 41YS-NT,SOLID TOP (artiny.com) | Headstock |
| 41YS-BK | 41YS-BK,SOLID TOP (artiny.com) | Headstock |
| QA3806 | QA3806,PLYWOOD (artiny.com) | Headstock + Bridge |

18.    Taylor has not authorized Defendants to produce, sell, or distribute any goods embodying the Taylor Trademarks.  Moreover, Defendants have not acquired the goods offered for sale from Taylor.

19.    Defendants have made repeated unauthorized use of the Taylor Trademarks in connection with stringed musical instruments with the intent to mislead and confuse consumers into believing that Defendants' products are made directly by, or have been authorized or licensed by, Taylor pursuant to Taylor's strict quality control standards.  Defendants have engaged in this activity with the intent of misappropriating, for its own financial benefit, the goodwill Taylor has built up in the Taylor Trademarks over the years.

20.    Defendants have falsely stated or otherwise implied that Defendants' products embodying the Taylor trademarks are made directly by, or have been authorized or licensed by, Taylor pursuant to Taylor's strict quality control standards.

21.    Upon information and belief, Defendants' misappropriation and misuse of the Taylor Trademarks has been done with the intent of deceiving and/or misleading consumers into mistakenly believing that Defendants' products originate from Taylor.   Accordingly, Defendants' actions misappropriate the goodwill built up by Taylor in the Taylor Trademarks and otherwise attract and/or misdirect consumers looking for genuine or authorized Taylor goods.

22.    For several months, Taylor has  communicated with Defendants' regarding the Taylor Trademarks.  Despite Defendants' knowledge of Taylor's rights in the Taylor Trademarks, Defendants have continued to display products embodying the Taylor Trademarks on their website (Artiny.com), in their promotional advertising, for selling and for displaying by other internet retailers, and for selling, displaying and soliciting sales at tradeshows, including the threatened sale and display at the NAMM tradeshow in Orange County, California scheduled for April 13, 2023. A true and correct copy of Taylor's letter to Defendants advising of some, but certainly not all, of Defendants' infringing conduct is attached hereto as Exhibit E. Despite Taylor's protest and warnings, Defendants have ignored all correspondence and communication.

23.    Defendants' misappropriation and misuse of the Taylor Trademarks was intended to cause, has caused, and is likely to continue to cause, consumer confusion, mistake, or deception, including the misleading of consumers into incorrectly believing that Defendants' goods are made directly by, or have been authorized or licensed by, Taylor pursuant to Taylor's strict quality control standards.

24.    Defendants' misappropriation and misuse of the Taylor Trademarks damages the reputation and goodwill of Taylor and the Taylor Trademarks.

25.    Defendants' actions have caused, and unless enjoined, will continue to cause irreparable damage to Taylor and to the reputation of Taylor's valuable and famous Taylor Trademarks.

26.    As recently as February 19, 2023, Defendants sent a form email from their co-founder to a list of potential attendees at the the NAMM trade show in Orange County, California scheduled for April 13, 2023, whereby Defendants marketed, advertised, and solicited the sale stringed musical instruments embodying the Taylor Trademarks. Defendants' email referenced herein invited its recipients to attend the April NAMM show in Orange County for the purpose of viewing Defendants' products, many of which embody and infringe upon the Taylor Trademarks. A true and correct copy of Defendants' correspondence believed to have been sent to a list of potential NAMM attendees is attached hereto as Exhibit F.

## FIRST CAUSE OF ACTION

**(Statutory Unfair Competition and False Advertising**

**Under California Business and Professions Code §§ 17200 and 17500 *et seq.*)**

27.    Taylor incorporates paragraphs 1-26 to the extent not inconsistent as if fully set forth herein.

28. Defendants' actions described above and specifically, without limitation, Defendants' misuse and misappropriation of the Taylor Trademarks, in commerce to advertise, market, and sell its product throughout the United States and California constitutes trademark infringement, false advertising, and unfair competition in violation of the laws of the state of California.

29. By these actions, Defendants have engaged in false advertising and unfair competition in violation of the statutory law of the state of California, Cal. Bus. & Prof. Code §§ 17200 and 17500, *et seq.*, and as a result, Taylor has suffered and will continue to suffer damage to its business, reputation, and goodwill.

30. As a direct and proximate result of Defendants' misuse and misappropriation of the Taylor Trademarks, Taylor has suffered, and will continue to suffer unless enjoined, damages in an amount to be determined at trial, as well as irreparable harm.

## SECOND CAUSE OF ACTION

### (Common Law Trademark Infringement and Unfair Competition)

31. Taylor incorporates paragraphs 1-30 to the extent not inconsistent as if fully set forth herein.

32. Defendants' misappropriation and misuse of the Taylor Trademarks constitutes trademark infringement, palming off, and/or unfair competition in violation of the common law of the state of California

33. As a direct result of the infringing activities, Defendants have been unjustly enriched through fraudulent conversion of Taylor's goodwill and rights in its trademarks into their own profits through the sale of infringing products and has caused Taylor to lose sales of its genuine goods. As a direct result of such misconduct, Defendants have received substantial profits to which Taylor is entitled to under common law.

34.     The amount of the profits is currently unknown to Taylor.   An accounting will be necessary to determine the proper amount.

## THIRD CAUSE OF ACTION

### (Federal Trademark Infringement Under 15 U.S.C. §§ 1114 and 1125)

35.     Taylor incorporates paragraphs 1-34 to the extent not inconsistent as if fully set forth herein.

36.     Defendants' use of a reproduction, counterfeit, copy, or colorable imitation of the famous Taylor Trademarks, without Taylor's consent and authorization, in commerce to advertise, promote, market, and sell its products throughout the United States, including California, is likely to cause confusion, to cause mistake, or to deceive the public, and thus constitutes trademark infringement pursuant in violation of 15 U.S.C. §§ 1114 and 1125.   Taylor is entitled to injunctive relief pursuant to 15 U.S.C. § 1116.

37.     Defendants' misappropriation and misuse of the Taylor Trademarks constitutes willful, deliberate, and intentional infringement of the Taylor Trademarks, which are federally registered.

38.     Pursuant to 15 U.S.C. § 1117, Taylor is entitled to recover damages in an amount to be determined at trial, profits made by Defendants on sales of products infringing the Taylor Trademarks, and the costs of this action. Furthermore, Taylor is entitled to recover additional treble damages and reasonable attorneys' fees because Defendants' actions were undertaken willfully and with the intention of causing confusion, mistake, or deception, making this an exceptional case.

39.     Defendants' intentional and willful infringement of the Taylor Trademarks have caused, and will continue to cause, irreparable harm to Taylor for which there is no adequate remedy at law.   Defendant is directly liable for these actions.

## FOURTH CAUSE OF ACTION

### (Federal Trademark Dilution Under 15 U.S.C. § 1125(c))

40.    Taylor incorporates paragraphs 1-39 to the extent not inconsistent as if fully set forth herein.

41.    Defendants' misuse and misappropriation of the Taylor Trademarks, without consent and authorization from Taylor, in commerce to promote, market, or sell their products in direct competition with Taylor is likely to dilute and blur the distinctive quality of the famous Taylor Trademarks.

42.    Defendants' acts have diluted and damaged the distinctive quality of Taylor's famous Taylor Trademarks and constitute trademark dilution pursuant to 15 U.S.C. § 1125(c).   The actions of Defendants will continue if not enjoined.

43.    Defendants have willfully intended to trade on Taylor's reputation and/or cause dilution and tarnishment of Taylor's famous Taylor Trademarks. Taylor is therefore entitled to recover damages in an amount to be determined at trial, profits made by Defendants on sales of products incorporating the Taylor Trademarks, and the costs of this action pursuant to 15 U.S.C. § 1117.

## FIFTH CAUSE OF ACTION

### (Federal Unfair Competition and False Advertising Under 15 U.S.C. § 1125(a))

44.    Taylor incorporates paragraphs 1-43 to the extent not inconsistent as if fully set forth herein.

45.    Defendants' misappropriation and misuse of the Taylor trademarks, without consent and authorization from Taylor, in commerce to promote, market, or sell its products in direct competition with Taylor's products constitutes unfair competition and false advertising in violation of 15 U.S.C. § 1125(a).  Consumers are likely to be misled and deceived by Defendants' representations.

46.     Defendants knew or should have known that their representations were false and/or likely to mislead.

47.     As an actual and proximate result of Defendants' willful and intentional actions, Taylor has suffered damages in an amount to be determined at trial, and unless Defendants are enjoined, Taylor will continue to suffer irreparable harm and damage to its business, reputation, and goodwill.

48.     Pursuant to 15 U.S.C. § 1117, Taylor is entitled to recover damages in an amount to be determined at trial, profits made by Defendants on sales of products infringing the Taylor Trademarks, and the costs of this action. Furthermore, Taylor is entitled to recover additional treble damages and reasonable attorneys' fees because Defendants' actions were undertaken willfully and with the intention of causing confusion, mistake, or deception, making this an exceptional case.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Taylor-Listug, Inc. prays for judgment against Defendants, as follows:

(1) A Temporary Restraining Order, a Preliminary Injunction, and a Permanent Injunction enjoining Defendants and all of their respective officers, agents, servants, representatives, employees, attorneys, and all other persons acting in concert with them to be enjoined from use of the Taylor Trademarks or any other trade dress confusingly similar to the Taylor Trademarks;

(2) A declaration signed under penalty of perjury from the Defendants, filed with the Court ten days from entry of an injunction, certifying the manner in which Defendants have complied with the terms of the injunction;

(3) Actual damages;

**COMPLAINT**

1      (4) Punitive damages;

2      (5) Attorneys' fees;

3      (6) Prejudgment and post-judgment interest as allowed by law;

4      (7) Costs of suit; and

5      (8) Such other and further relief as to which Taylor-Listug, Inc. is justly

6 entitled

8 Dated: April 7, 2023      ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

10      By: _____

11          GARY A. NYE
12          DAVID R. GINSBURG
          Attorneys for Plaintiff
13          Taylor-Listug, Inc.

### **DEMAND FOR JURY TRIAL**

16      Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Taylor-Listug, Inc. hereby demands a jury trial on any and all issues so triable.

20 Dated: April 7, 2023      ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

      By: _____

          GARY A. NYE
          DAVID R. GINSBURG
          Attorneys for Plaintiff
          Taylor-Listug, Inc.

# EXHIBIT A



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 28 03:47:22 EDT 2023*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 015. US 002 021 036. G & S: Musical instruments, namely, guitars. FIRST USE: 19751031. FIRST USE IN COMMERCE: 19751031 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 22.01.06 - Banjos ; Guitars ; Ukuleles |
| **Serial Number** | 86504894 |
| **Filing Date** | January 15, 2015 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 15, 2015 |
| **Registration Number** | 4907300 |
| **Registration Date** | March 1, 2016 |
| **Owner** | (REGISTRANT) Taylor-Listug, Inc. CORPORATION CALIFORNIA 1980 Gillespie Way El Cajon CALIFORNIA 92020 |
| **Attorney of Record** | William B. Patterson |
| **Prior Registrations** | 1949972 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a three-dimensional configuration of the peghead of a guitar. The matter shown in broken or dotted lines is not part of the mark and serves only to show the position or placement of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT B



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Mar 28 03:47:22 EDT 2023*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 015. US 036. G & S: musical instruments; namely, guitars. FIRST USE: 19751000. FIRST USE IN COMMERCE: 19751000 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 22.01.06 - Banjos; Guitars; Ukuleles |
| **Serial Number** | **74439528** |
| **Filing Date** | September 24, 1993 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 18, 1995 |
| **Registration Number** | 1949972 |
| **Registration Date** | January 23, 1996 |
| **Owner** | (REGISTRANT) Taylor-Listug, Inc. CORPORATION CALIFORNIA 1980 Gillespie Way El Cajon CALIFORNIA 92020 |
| **Attorney of Record** | William B. Patterson |
| **Description of Mark** | The trademark comprises the profile or outline of the peg head of a guitar. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160405. |
| **Renewal** | 2ND RENEWAL 20160405 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT C

----Translated by Fairsky----



Bar code of the trademark registration
*BHFS00116336D01T210703*

No.:**42837275**

# CERTIFICATE OF TRADEMARK REGISTRATION

Trademark specimen:



Goods/Services approved for use (Class **15**)

**Class** 15: Guitars. (END)

Registrant:          TAYLOR-LISTUG, INC.

Registrant Address:   1980 GILLESPIE WAY, EL CAJON, CA 92020, UNITED STATES OF
                      AMERICA

Registration Date: June 07, 2021     Valid until: June 06, 2031

The president of China National Intellectual Property Administration: Mr. Shen Changyu

Sealed by
China National Intellectual Property Administration



第　42837275　号

# 商 标 注 册 证



**核定使用商品/服务项目（国际分类：15）**

第 15 类：吉他（截止）

注 册 人　泰勒–李斯德有限公司
　　　　　TAYLOR-LISTUG，INC.

注册人地址　美国加利福尼亚州，埃尔卡洪，吉利斯百路1980号，邮编92020
　　　　　　1980 GILLESPIE WAY，EL CAJON，CA 92020，UNITED STATES OF
　　　　　　AMERICA

注 册 日 期　2021年06月07日　**有 效 期 至**　　2031年06月06日

局 长





发证机关



# EXHIBIT D



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Mar 28 03:47:22 EDT 2023*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 015. US 002 021 036. G & S: Musical instruments, namely guitars. FIRST USE: 19840915. FIRST USE IN COMMERCE: 19840915 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 22.01.06 - Banjos ; Guitars ; Ukuleles |
| **Serial Number** | **75838259** |
| **Filing Date** | October 27, 1999 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 9, 2002 |
| **Registration Number** | 2587146 |
| **International Registration Number** | 1245713 |
| **Registration Date** | July 2, 2002 |
| **Owner** | (REGISTRANT) Taylor-Listug, Inc. CORPORATION CALIFORNIA 1980 Gillespie Way El Cajon CALIFORNIA 92020 |
| **Attorney of Record** | Willaim B. Patterson |
| **Prior Registrations** | 1949972 |
| **Description of Mark** | The Mark consists of the configuration of a guitar bridge. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20230113. |
| **Renewal** | 2ND RENEWAL 20230113 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

# EXHIBIT E



北京市朝阳区建外大街 22 号
赛特大厦 1 幢 18 层 1801 室
电话:+86 10 59512166 / 传真:+86 10 59512121
邮箱: tm@fairskylaw.com / 网址: www.fairskylaw.com

**广州雅特尼吉他有限公司**

广州市花都区花东镇凤凰村姓冼街二巷 12 号 401 房

电话:13684829709

电子邮件: 258254056@qq.com

# 律 师 函

# ATTORNEY'S LETTER

致:广州雅特尼吉他有限公司

TO: GUANGZHOU ARTINY GUITAR CO., LTD.

　　我所,北京允天律师事务所,依法受美国泰莱-李斯德有限公司(TAYLOR-LISTUG, INC.)(以下简称"我委托人")的委托,特致函如下:

　　We, Fairsky Law Office, are representing TAYLOR-LISTUG, INC. (hereinafter referred to as 'Taylor') to bring the below matter to your attention.

　　我委托人拥有的吉他品牌 Taylor 历史悠久且享誉盛名。一直以来,我委托人都十分重视对其 Taylor 品牌的知识产权保护。我委托人的吉他琴桥、琴头、拨片护板图形以及"TAYLOR"文字已在包括美国、中国在内的多个国家和地区获得商标注册。我委托人在中国以及美国的商标注册详情见附件 1。

　　Our client is the owner of the long established and highly reputed guitar brand "Taylor" and has been attaching upmost importance to the protection of intellectual property rights associated with the "Taylor" brand. The TAYLOR mark, as well as the shapes of our client's guitar bridge, headstock and pick guard, has been registered as trademarks worldwide including US and China. Some examples of Taylors' US and Chinese trademark registrations can be found in Appendix 1.

　　你方的关联公司"阿提尼吉他厂有限公司"曾多次侵犯我委托人享有的吉他琴桥和琴头商标权,包括但不限于在 2018 年美国 NAMM 展会中的宣传和推广活动,我委托人多次向"阿提尼吉他厂有限公司"发送律师函但未获得回复。我委托人亦向你方直接发送过律师函,同样未获得你方的积极答复。近期,我委托人注意到,你方向潜在客户发送关于参



北京市朝阳区建外大街 22 号
赛特大厦 1 幢 18 层 1801 室
电话:+86 10 59512166 / 传真:+86 10 59512121
邮箱: tm@fairskylaw.com / 网址: www.fairskylaw.com

加 2023 年 NAMM 展会的推广邮件,其中所使用的吉他产品依然涉嫌侵犯我委托人受该国联邦法律保护的吉他琴头图形商标的商标专用权,具体产品见附件 2 邮件附件。

Your affiliate company, Artiny Guitar Factory Limited, has been found to be repeatedly infringing upon the trademark rights over the guitar bridge and guitar headstock owned by our client, including but not limited to the promotional activities in 2018 NAMM show. Our client had sent multiple attorney's letters to Artiny Guitar Factory Limited, but no response was received. An attorney's letter has also been sent to your attention, but no active response was received either. Recently, our client further noticed that you were sending emails to potential customers to promote your participation in 2023 NAMM show, with product photos that are also suspected of infringing upon our client's trademark rights over the guitar headstock as protected under Federal law. Details of the products at issue can be found in Appendix 2.

在采取正式法律措施前,我委托人愿意给予你方妥善解决这一问题的机会,并特此郑重向你方,包括你方的任何关联企业、经销商、中间商等,提出如下要求:

However, our client is willing to give you a chance to resolve the issue more amicably before taking formal legal action and hereby requests you and any of your associated companies, dealers and brokers as follows:

1. 立即停止生产、展示、推广和销售涉嫌侵犯我委托人知识产权的吉他产品,包括但不限于你方在前述推广邮件中附带的吉他产品。

   Immediately ceasing manufacturing, exhibiting, promoting and selling of any guitar or products suspected of infringing upon our client's intellectual property rights, including but not limited to those enclosed in your promoting emails.

2. 承诺不在任何国内外展会上展示涉嫌侵犯我委托人知识产权的吉他产品,尤其是不得在 2023 年 NAMM 展会上展示。我委托人将对该展会进行严密监控,一旦发现你方的侵权行为,必将坚决采取法律行动。作为参考信息,我方委托人曾于 2020 年针对广东恩雅国际乐器有限公司 NAMM 展会期间对其展示涉嫌侵犯我委托人知识产权的吉他和尤克里里产品的行为对其提出正式起诉,望你方引以为戒。

   Undertaking not to exhibit any guitar products suspected of infringing upon our client's intellectual property rights at any future exhibitions in any country, in particular the 2023 NAMM show. Our client will closely watch out during the exhibition and is determined to take legal measures against any of your infringing activities once found. As referential information, our client filed a lawsuit against Enya International Musical Instruments Co., Ltd. in Guangdong for their exhibition of guitar and ukuleles products suspected of infringing upon our client's intellectual property rights during the 2020 NAMM show. You are advised to learn a lesson from that.

3. 向我委托人提供收到的所有涉嫌侵权吉他产品的订单信息,并承诺对前述订单不予交付。



北京市朝阳区建外大街 22 号
赛特大厦 1 幢 18 层 1801 室
电话: +86 10 59512166 / 传真: +86 10 59512121
邮箱: tm@fairskylaw.com / 网址: www.fairskylaw.com

Disclosing to our client all orders received for the guitars suspected of infringing and undertaking not to ship such orders.

4. 书面保证今后不再以任何方式侵犯我委托人包括商标权在内的任何合法权益，尤其不使用任何与我委托人相同或者近似的琴桥、琴头或拨片护板。

Undertaking in writing not to infringe upon any legal rights of our client, including trademark rights, in any manner, in particular not to use any guitar bridge, headstock or pick guard that is identical with or similar to those of our client.

请在收到本函十个工作日内做出书面回复。如果你方有任何问题，请随时与我所联络。如果你方正在使用有关琴桥、琴头或拨片护板的特定产品外观，并且需要我委托人的法务部门对其是否侵权进行评估，请将该产品外观图样提供给我所。

Please provide us with your response in writing within 10 business days upon receipt of this letter. If you have any questions, you are invited to contact us at any time. If you are utilizing a particular shape of guitar bridge, headstock or pickguard and would like to have that design evaluated by the legal department of Taylor, please submit the design in response to this letter.

本函不影响我委托人声明保留采取进一步法律措施的权利。

This letter is without prejudice to any other rights of, or remedies available to Taylor Guitars, all of which are expressly reserved.

北京允天律师事务所

2023 年 2 月 8 日

联系人：陈丹 律师/ 武辰睿 律师

联系电话：010-5951-2127

北京允天律师事务所

北京市朝阳区建外大街 22 号赛特大厦 1 幢 18 层 1801 室

电子邮箱 tm@fairskylaw.com



北京市朝阳区建外大街 22 号
赛特大厦 1 幢 18 层 1801 室
电话: +86 10 59512166 / 传真: +86 10 59512121
邮箱: tm@fairskylaw.com / 网址: www.fairskylaw.com

附件 1：我委托人在中国以及在美国商标申请、注册信息
Appendix 1. Extract of our client's trademark application or registration information in China and US





北京市朝阳区建外大街 22 号
赛特大厦 1 幢 18 层 1801 室
电话: +86 10 59512166 / 传真: +86 10 59512121

邮箱: tm@fairskylaw.com / 网址: www.fairskylaw.com

*TESS was last updated on Tue Mar 2 03 17.22 EST 2021*

Logout  Please logout when you are done to release system resources allocated for you

**Record 1 out of 1**

TDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS )*



| | |
|---|---|
| Goods and Services | IC 015  US 002 021 036  G & S  Musical instruments  namely guitars  FIRST USE  19840915  FIRST USE IN COMMERCE  19840915 |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 22.01.06 - Banjos, Guitars; Ukuleles |
| Serial Number | 75838059 |
| Filing Date | October 27, 1999 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | April 9, 2002 |
| Registration Number | 2587446 |
| International Registration Number | 1245713 |
| Registration Date | July 2, 2002 |
| Owner | (REGISTRANT) Taylor-Listug  Inc  CORPORATION CALIFORNIA 1980 Gillespie Way El Cajon CALIFORNIA 92020 |
| Attorney of Record | Peter K. Hahn |
| Prior Registrations | 1949972 |
| Description of Mark | The Mark consists of the configuration of a guitar bridge |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL-2(F) |
| Affidavit Text | SECT 15  SECT 8 (6-YR)  SECTION 8(10-YR) 20120507 |
| Renewal | 1ST RENEWAL 20120507 |
| Live/Dead Indicator | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



北京市朝阳区建外大街 22 号
赛特大厦 1 幢 18 层 1801 室
电话: +86 10 59512166 / 传真: +86 10 59512121

邮箱: tm@fairskylaw.com / 网址: www.fairskylaw.com

*TESS was last updated on Tue Mar 2 03:17.22 EST 2021*

| TESS Home | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP |

Logout : Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Goods and Services** | IC 015  US 036  G & S  musical instruments, namely, guitars  FIRST USE  19751000  FIRST USE IN COMMERCE  19751000 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 22 01.06 - Banjos; Guitars; Ukuleles |
| **Serial Number** | 74439528 |
| **Filing Date** | September 24, 1993 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 18, 1995 |
| **Registration Number** | 1949972 |
| **Registration Date** | January 23, 1996 |
| **Owner** | (REGISTRANT) Taylor-Listug, Inc. CORPORATION CALIFORNIA 1980 Gillespie Way El Cajon CALIFORNIA 92020 |
| **Attorney of Record** | William B. Patterson |
| **Description of Mark** | The trademark comprises the profile or outline of the peg head of a guitar. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160405 |
| **Renewal** | 2ND RENEWAL 20160405 |
| **Live/Dead Indicator** | LIVE |

| TESS Home | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | Top | HELP |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



北京市朝阳区建外大街 22 号
赛特大厦 1 幢 18 层 1801 室
电话: +86 10 59512166 / 传真: +86 10 59512121
邮箱: tm@fairskylaw.com / 网址: www.fairskylaw.com

| STATUS | DOCUMENTS | MAINTENANCE | ❓ | | ⬇ Download ▲ | 🖨 Print Preview |
|---|---|---|---|---|---|---|

**Generated on:** This page was generated by TSDR on 2021-03-03 02 48 11 EST

**Mark:**

| | |
|---|---|
| **US Serial Number:** 86504894 | **Application Filing Date:** Jan 15 2015 |
| **US Registration Number:** 4907300 | **Registration Date:** Mar 01 2016 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active |
| | The trademark application has been registered with the Office |
| **Status:** Registered  The registration date is used to determine when post-registration maintenance documents are due | |
| **Status Date:** Mar 01 2016 | |
| **Publication Date:** Dec 15 2015 | |

▲ **Mark Information**                                          ▼ Expand All

▲ **Related Properties Information**

▲ **Goods and Services**

▲ **Basis Information (Case Level)**

▼ **Current Owner(s) Information**

**Owner Name:** Taylor-Listug, Inc

**Owner Address:** 1980 Gillespie Way
El Cajon  CALIFORNIA UNITED STATES 92020

**Legal Entity Type:** CORPORATION                **State or Country Where** CALIFORNIA
                                                 **Organized:**



北京市朝阳区建外大街 22 号
赛特大厦 1 幢 18 层 1801 室
电话: +86 10 59512166 / 传真: +86 10 59512121
邮箱: tm@fairskylaw.com / 网址: www.fairskylaw.com

附件 2 邮件附件
Appendix 2. Amail attachments
涉嫌侵权部分用红框标识
The suspected infringing part/parts is/are marked with red rectangle(s)







北京市朝阳区建外大街 22 号
赛特大厦 1 幢 18 层 1801 室
电话: +86 10 59512166 / 传真: +86 10 59512121
邮箱: tm@fairskylaw.com / 网址: www.fairskylaw.com





赛天律师事务所
FAIRSKY LAW OFFICE

北京市朝阳区建外大街 22 号
赛特大厦 1 幢 18 层 1801 室
电话: +86 10 59512166 / 传真: +86 10 59512121
邮箱: tm@fairskylaw.com / 网址: www.fairskylaw.com





# EXHIBIT F

**From:** artinyinstruments <artinyinstruments@aliyun.com>
**Sent:** Sunday, February 19, 2023 9:38 PM
**To:** Bruce Patterson <BPatterson@pattersonsheridan.com>
**Subject:** See you in NAMM/MUSIC CHINA/New design electric/acoustic/Artiny 2023 Feb

[CAUTION] **External Email. Please do not click links or open attachments unless the source is trusted or has been verified.**

Dear Boss.


Good day.
Please check our new products as reference.

Welcome to visit our booth :
NAMM APRIL 2023 &MUSIC CHINA OCT 2023.


Best Regards.
Winny
(Co-founder)
------------------------------------------------------------------------------------------
We are one of the biggest musical instrument producing group in Huadu Guangzhou Area.
15 years OEM experiance for famous brand
TEL No. and Wechat 18312014900; www.artiny.com



**Model.: QAG39H**

Body: 39″ acoustic
Top: Spruce
Backside: Sapele
Neck: Mahogany
Fingerboard:Rosewood
Binding:Wood+ABS
Rosette:Sticker
M/Hs:Diecast
Strings:Alice
Finish:Matt

**USD35.0**





Model No.:

QCG-46S TBK/TBL/TBR

39"Best value classical

Solid spruce.

Mahogany Back&Side

Rosewood Fingerboard

Rosewood Bridge.

Neck:Mahogany

Binding:ABS

Machine heads:Gold

Price USD45.0

  

**Model No.:QAG81S**

Body:41"acoustic
Top:Solid Spruce
Backside: Mahogany
Neck:mahogany
Rosette:Abalone inlay

Fingerboard:Rosewood
Bridge:Rosewood
Binding:Black ABS
Machine heads:Chrome
EQ:4 Band Mic Tuner
Finish:Gloss
Price :USD67

**Model No.:QAG82S**

Body:41"acoustic
Top:Solid Spruce
Backside: Walnut
Neck:mahogany
Rosette:Abalone inlay

Fingerboard:Rosewood
Bridge:Rosewood
Binding:Black ABS
Machine heads:Chrome
EQ:4 Band Mic Tuner
Finish:Gloss
Price :USD68

**Model No.:QAG61 62 63 P**

Body:41"acoustic
Top:Spruce 3D print
Backside: Mahogany
Neck:mahogany
Rosette:None

Fingerboard:Rosewood
Bridge:Rosewood
Binding:ABS
Machine heads:Chrome
EQ: None
Finish:Gloss
Price: USD48.78

**Model No.:QAG73H, 74H**

Body:41"acoustic
Top:Spruce/ Walnut
Backside: Walnut / Walnut
Neck:mahogany
Rosette: Wood sticker

Fingerboard:Rosewood
Bridge:Rosewood
Binding:ABS
Machine heads:Chrome
EQ:4 Band Mic Tuner
Finish:Matt
Price: USD58.5

**Model No.:QAG71H, 72H**

Body:41"acoustic
Top:Spruce/ Mahogany
Backside: Mahogany
Neck:mahogany
Rosette: Wood sticker

Fingerboard:Rosewood
Bridge:Rosewood
Binding:ABS
Machine heads:Chrome
EQ:4 Band Mic Tuner
Finish:Matt
Price: USD59.25

100% guarantee frets not sharpe(around frets),no buzzing,Low strings action,high gloss shinning,nice sound .

| Picture | Model | | 价格 |
|---|---|---|---|
| | Construction | Bolt-on | $76.56 |
| | Body | Basswood | |
| | Neck | Maple | |
| | Fingerboard | Engineered Wood | |
| | Scale | 648mm | |
| | Pickups | HUMBUCKER*2 | |
| | Controls | 1V1T | |
| | PU Selector | 3-way Toggle | |
| | Hardware | Black Nickel | |

| Picture | Model | S-2 | 价格 |
|---|---|---|---|
| | Construction | Bolt-on | $78.35 |
| | Body | Basswood | |
| | Neck | Maple | |
| | Fingerboard | Engineered Wood | |
| | Scale | 628mm | |
| | Pickups | HUMBUCKER*2 | |
| | Controls | 1V1T | |
| | PU Selector | 3-way Toggle | |
| | Hardware | Black Nickel | |

| Picture | Model | TL/FM | 价格 |
|---|---|---|---|
| | Construction | Bolt-on | $100.88 |
| | Body | Mahogany+Flame Maple Veneer | |
| | Neck | Maple | |
| | Fingerboard | Maple | |
| | Scale | 648mm | |
| | Pickups | Single coil*2 | |
| | Controls | 1V1T | |
| | PU Selector | 3-way Toggle | |
| | Hardware | Chrome | |

| Picture | Model | S-1 | 价格 |
|---|---|---|---|
| | Construction | Bolt-on | $74.93 |
| | Body | Basswood | |
| | Neck | Maple | |
| | Fingerboard | Engineered Wood | |
| | Scale | 648mm | |
| | Pickups | HUMBUCKER*2 | |
| | Controls | 1V1T | |
| | PU Selector | 3-way Toggle | |
| | Hardware | Black Nickel | |

| Picture | Model | LP/FM | 价格 |
|---|---|---|---|
| | Construction | Set neck | $111.49 |
| | Body | Mahogany+Flame Maple Veneer | |
| | Neck | Mahogany | |
| | Fingerboard | Rosewood | |
| | Scale | 628mm | |
| | Pickups | HUMBUCKER*2 | |
| | Controls | 2V2T | |
| | PU Selector | 3-way Toggle | |
| | Hardware | Chrome | |

| Picture | Model | S-1 | 价格 |
|---|---|---|---|
| | Construction | Bolt-on | $74.93 |
| | Body | Basswood | |
| | Neck | Maple | |
| | Fingerboard | Engineered Wood | |
| | Scale | 648mm | |
| | Pickups | HUMBUCKER*2 | |
| | Controls | 1V1T | |
| | PU Selector | 3-way Toggle | |
| | Hardware | Black Nickel | |



| Picture | Model | 无头吉他 | 价格 |
|---|---|---|---|
| | Construction | Bolt-on | $99.57 |
| | Body | Basswood | |
| | Neck | Maple | |
| | Fingerboard | Engineered Wood | |
| | Scale | 648mm | |
| | Pickups | Single coil*2+Humbucker*1 | |
| | Controls | 1V1T | |
| | PU Selector | 5-way Switch | |
| | Hardware | Black | |

| Picture | Model | BASS-4 | 价格 |
|---|---|---|---|
| | Construction | Bolt-on | $84.07 |
| | Body | Mahogany | |
| | Neck | Maple | |
| | Fingerboard | Rosewood | |
| | Scale | 864mm | |
| | Pickups | JAZZ BASS*2 | |
| | Controls | 2V2T Action | |
| | PU Selector | Balance pot | |
| | Hardware | Chrome | |