JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR-LISTUG, INC. a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ARTINY GUITAR FACTORY LIMITED, a Hong Kong Company; GUANGZHOU ARTINY GUITAR CO., LTD.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV 23–2648–JFW (MARx)<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Plaintiff Taylor-Listug, Inc. ("Plaintiff" or "Taylor") brought this action against Defendant Artiny Guitar Factory Limited ("Artiny Guitar") and Defendant Guangzhou Artiny Guitar Co., Ltd. ("Guangzhou Artiny") collectively ("Defendants") for trademark infringement, trade dress infringement, unfair competition, trademark dilution, and other related causes of action under federal, state, and common law arising from Defendants' unauthorized use of Taylor's trademarks in conjunction with stringed musical instruments.  *See* Complaint (Docket No. 1).

Defendants did not respond to the Complaint and have not appeared in this case.  Upon Plaintiff's Requests to Enter Default, the Clerk entered defaults against Defendant Artiny Guitar Factory Limited and Defendant Guangzhou Artiny Guitar Co., Ltd. on May 17, 2023.  *See* Default by Clerk Entered Against Artiny Guitar Factory Limited and Default by Clerk Entered Against Guangzhou Artiny Guitar Co. Ltd. (Docket No.'s 19 and 20).

Plaintiff's Motion for Default Judgment and Permanent Injunction against Defendant Artiny Guitar Factory Limited and Defendant Guangzhou Artiny Guitar Co., Ltd. collectively ("Defendants") is now before the Court.

Having reviewed the Complaint, records, and Plaintiff's Motion for Default Judgment and Permanent Injunction,

**IT IS HEREBY ORDERED** that Taylor's Motion is **GRANTED**, as set forth in the Court's Order dated July 24, 2023, and judgment and a permanent injunction is entered as set forth below.

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Taylor on all claims asserted in the Complaint in this action and that the conduct of Defendant Artiny Guitar Factory Limited and Defendant Guangzhou Artiny Guitar Co., Ltd. constitutes trademark infringement under 15

1

U.S.C. §§ 1114(1) & 1125(a), trademark dilution pursuant under 15 U.S.C. § 1125(c), unfair competition and false advertising under 15 U.S.C. § 1125(a)), unfair competition and false advertising under California Business and Professions Code §§ 17200 and 17500 et. seq., and trademark infringement and unfair competition under California common law.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that permanent injunctive relief is warranted and thus entered as follows:

A.   **DEFINITIONS**

1. The "Accused Products" shall mean and refer to the following products and any products confusingly similar:

| Model | Link to product page | Asset Being Infringed |
|---|---|---|
| QAG39H-SB | QAG39H-SB,PLYWOOD (artiny.com) | Headstock |
| QAG39H-RD | QAG39H-RD,PLYWOOD (artiny.com) | Headstock |
| QAG39H-NT | QAG39H-NT,PLYWOOD (artiny.com) | Headstock |
| QAG39H-BL | QAG39H-BL,PLYWOOD (artiny.com) | Headstock |
| QAG39H-BK | QAG39H-BK,PLYWOOD (artiny.com) | Headstock |
| QAG411G PL | QAG411G PL,PLYWOOD (artiny.com) | Headstock |
| QAG411G NT | QAG411G NT,PLYWOOD (artiny.com) | Headstock |

| | | |
|---|---|---|
| QAG411G BL | QAG411G BL,PLYWOOD (artiny.com) | Headstock |
| QAG411 BK | QAG411G BK,PLYWOOD (artiny.com) | Headstock |
| QAG401M SB | QAG401M SB,PLYWOOD (artiny.com) | Headstock |
| QAG401M NT | QAG401M NT,PLYWOOD (artiny.com) | Headstock |
| QAG401G | QAG401G,PLYWOOD (artiny.com) | Headstock |
| QAG391M NT | QAG391M NT,PLYWOOD (artiny.com) | Headstock |
| QAG391M BK | QAG391M BK,PLYWOOD (artiny.com) | Headstock |
| LK41M SB | LK41M SB,PLYWOOD (artiny.com) | Headstock |
| LK41M NT | LK41M NT,PLYWOOD (artiny.com) | Headstock |
| LK41M BK | LK41M BK,PLYWOOD (artiny.com) | Headstock |
| LK41G | LK41G,PLYWOOD (artiny.com) | Headstock |
| SY-040 | SY-040,PLYWOOD (artiny.com) | Bridge |
| FK-515 | FK-515,PLYWOOD (artiny.com) | Bridge |
| FK-514 | FK-514,PLYWOOD (artiny.com) | Bridge |
| FK-414 | FK-414,PLYWOOD (artiny.com) | Bridge |
| FK-412 | FK-412,PLYWOOD (artiny.com) | Bridge |
| SH-68CE | SH-68CE,SOLID TOP (artiny.com) | Bridge |

3

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

| | | |
|---|---|---|
| 110CE | 110CE,SOLID TOP (artiny.com) | Bridge |
| HSY-E | HSY-E,SOLID TOP (artiny.com) | Bridge |
| HSY-D | HSY-D,SOLID TOP (artiny.com) | Bridge |
| HSY-C | HSY-C,SOLID TOP (artiny.com) | Bridge |
| GSM-02SP | GSM-02SP,PLYWOOD (artiny.com) | Headstock |
| GSM-02MG | GSM-02MG,PLYWOOD (artiny.com) | Headstock |
| GSM-01SP | GSM-01SP,PLYWOOD (artiny.com) | Headstock |
| GSM-01MG | GSM-01MG,PLYWOOD (artiny.com) | Headstock |
| FK-412MT | FK-412MT,PLYWOOD (artiny.com) | Bridge |
| 41YS-NT | 41YS-NT,SOLID TOP (artiny.com) | Headstock |
| 41YS-BK | 41YS-BK,SOLID TOP (artiny.com) | Headstock |
| QA3806 | QA3806,PLYWOOD (artiny.com) | Headstock + Bridge |

2. The "Taylor Trademarks" shall mean and refer to (1) Taylor's Peghead Design (U.S. Reg. Nos. 4,907,300 and 1,949,972 ("Taylor's Peghead Design"), and China Reg. No. 42837275) and (2) Taylor's Bridge Design (U.S. Reg. No. 2,587,146) ("Taylor's Bridge Design") in conjunction with stringed musical instruments.

B. **PERMANENT INJUNCTION TERMS**

1. Defendant Artiny Guitar Factory Limited and Defendant Guangzhou Artiny Guitar Co., Ltd. and their agents, representatives, employees, attorneys, and all persons or entities in active concert or participation with them, and any

entity Defendant Artiny Guitar Factory Limited or Defendant Guangzhou Artiny Guitar Co., Ltd. may own or operate now or in the future, are hereby permanently enjoined from:

    a.    manufacturing, having manufactured on its behalf, marketing, advertising, offering to sell, selling, using, importing, purchasing, promoting or distributing – whether directly or indirectly – any of the Accused Products or any products that contain or are confusingly similar to any of the Taylor Trademarks;

    b.    aiding, abetting, or assisting any other person or entity in manufacturing, marketing, advertising, offering to sell, selling, using, importing, purchasing, promoting or distributing– whether directly or indirectly – any of the Accused Products or any products that contain or are confusingly similar to any of the Taylor Trademarks;

    c.    Engaging in any activity that lessens the distinctiveness of the Taylor Trademarks;

    d.    Engaging in unfair competition with Taylor;

    e.    Engaging in deceptive acts in connection with the Taylor Trademarks;

    f.    Applying to register as a mark any marks confusingly similar to the Taylor Trademarks; and

    g.    Assisting, aiding, or abetting any other person or entity in engaging or performing any of the activities recited in paragraphs (a)-(f), above.

**C.**    <u>**RETENTION OF JURISDICTION**</u>

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for all purposes. If Defendant Artiny Guitar Factory Limited or Defendant Guangzhou Artiny Guitar Co., Ltd. shall be alleged to have breached or violated this Judgment and Permanent Injunction, Taylor shall have the right to reopen this matter upon motion or application filed and heard on an expedited

basis.  If this matter is so reopened, Taylor may pursue any and all remedies it may have against Defendant Artiny Guitar Factory Limited or Defendant Guangzhou Artiny Guitar Co., Ltd.

**IT IS SO ORDERED**.

DATED: July 24, 2023         _____
                             John F. Walter
                             U.S. District Judge